# BANKRUPTCY COURT
## Exhibit List

| CASE NAME The Leed Corporation | | COURT DATE<br>October 20, 2010 | DOCKET NUMBER<br>#159 & #163 |
|---|---|---|---|
| **DEBTOR'S COUNSEL**<br>Robert J. Maynes | | **CREDITOR'S COUNSEL**<br>Bruce Orr<br>Monte Gray<br>Mitch Campbell | |
| PRESIDING JUDGE<br>Judge Jim D. Pappas | | COURT REPORTER  P.F. | COURTROOM DEPUTY  Dana Hoyle |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| 100 | | | | | A | Six Month Post-Petition Cash Projections |
| 101 | | | | | A | Line of Credit Agreement |
| 102 | | | | | S | Memorandum of Agreement of Sale |
| 103 | | | | | | Promissory Note June 21, 2007 |
| 104 | | | | | 10-20-10 | Land Title & Escrow, Inc. History Report 2007, 2008, 2009 |
| 105 | | | | | | Proof of Claim No. 87 (David and Martha Orr) |
| 106 | | | | | A | Total Loan Amount, Gross Loan Amount x 2 Homes |
| 107 | | | | | | Register Land Title & Escrow --Orr 12 Lots |
| 108 | | | | | | Leed Corporation Vendor Quick Report 10/2007-12/2009 |
| 109 | | | | | A | Budget Lot 14j |
| 110 | | | | | A | Budget Lot 6j |
| 111 | | | | | | Phase I |