ROBERT J. MAYNES, ISB No. 6905
*Attorney at Law*
P. O. Box 3005
Idaho Falls, ID 83405
Telephone: (208) 552-6442
Facsimile: (208) 522-1334
Email: mayneslaw@hotmail.com

NATHAN M. OLSEN, ISB No. 7373 (proposed)
Petersen Moss Hall & Olsen
Attorneys at Law
485 "E" Street
Idaho Falls, ID 83402
Telephone: (208) 523-4650
Facsimile: (208) 524-3391
Email: nolsen@pmholaw.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 10-40743 JDP |
|---|---|
| LEED CORPORATION (THE), | Chapter 11 |
| Debtor. | |

**MOTION FOR SANCTIONS UNDER RULE 9011 FOR MITCH R. CAMPBELL'S "MOTION TO DISMISS OR CONVERT TO CHAPTER 7 AND INVESTIGATION PURSUANT TO 18 U.S.C. 3057"**

COMES NOW, the Debtor and Debtor-In-Possession, LEED CORPORATION (THE), and moves to Court to sanction Mitch R. Campbell for his frivolous "Motion to Dismiss or Convert to Chapter 7 and Investigation Pursuant to 18 U.S.C. 3057" (Campbell Motion).

LEED CORPORATION has strong reason to believe that the Campbell Motion and its over-reaching and voluminous allegations are baseless, made without reasonable and competent inquiry, not well-grounded in fact or law, made in bad faith and is designed for an improper and ulterior purpose. (See FRBP Rule 9011(b)(1-4) and

*Cunningham v. Jacobson (In re Jacobson)*, 2009 Bankr. LEXIS 4577 (B.A.P. 9th Cir. June 23, 2009). Mr. Campbell has been duly advised according to FRBP Rule 9011(c)(1)(A) of LEED CORPORATION's intent to file this motion if the Campbell Motion was not withdrawn. Mr. Campbell has not withdrawn his motion, and has in fact become more defiant.

This motion is supported by the affidavit filed herewith by Robert J. Maynes, and by additional testimony and records that will come before the Court in an evidentiary hearing held on this motion. The evidence presented will show that Mr. Campbell has admitted both in written correspondence and in sworn testimony that his intent of filing his motion is to compel LEED CORPORATION to withdraw the Adversary Proceeding in this case. Mr. Campbell has also repeatedly admitted that various motions, objections and ongoing actions, are based on supposition, speculation, inference, etc. without fully investigating the facts.

LEED CORPORATION hereby requests appropriate sanctions by the court, including penalties, attorneys' fees and other expenses incurred as a direct result of Mr. Campbell's violation of the rule.

For efficiency purposes, LEED CORPORATION requests that a hearing on this motion should be held in conjunction with the hearing set for the Campbell Motion.

DATED:    May 23, 2011

/s/ Nathan M. Olsen
NATHAN M. OLSEN

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 23, 2011, I filed a copy of the attached MOTION FOR SANCTIONS UNDER RULE 9011 FOR MITCH R. CAMPBELL'S "MOTION TO DISMISS OR CONVERT TO CHAPTER 7 AND INVESTIGATION PURSUANT TO 18 U.S.C. 3057"with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

Mary P Kimmel on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

US Trustee
ustp.region18.bs.ecf@usdoj.gov

And as otherwise noted in the Court's Notice of Electronic Filing.

    I HEREBY CERTIFY FURTHER that on May 23, 2011, I served a copy of the attached pleading on the following parties via postage prepaid, first class, U.S. Mail:

| | |
|---|---|
| Dale H. Sluder<br>Central Idaho Construction Co.<br>P.O. Box 793<br>Shoshone, ID 83352<br>*Committee Member* | Almer Huntley, Jr.<br>ASH International, Ltd.<br>2721 S. 900 E.<br>Hagerman, ID 83332<br>*Committee Member* |
| Kent McBride<br>Sun Valley Properties<br>204 N. Greenwood<br>Shoshone, ID 83352<br>*Committee Member* | Mitch Campbell<br>POB 1785<br>Twin Falls, ID 83301 |

Date: May 23, 2011

*/s/ Nathan M. Olsen*
NATHAN M. OLSEN