ROBERT J. MAYNES, ISB No. 6905
*Attorney at Law*
P. O. Box 3005
Idaho Falls, ID 83405
Telephone: (208) 552-6442
Facsimile: (208) 522-1334
Email: mayneslaw@hotmail.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 10-40743 JDP |
| LEED CORPORATION (THE), | Chapter 11 |
| Debtor. | |

**SUPPLEMENT TO MOTION FOR AUTHORITY TO INCUR SECURED CREDIT (DOCKET NO. 345)**

COMES NOW THE DEBTOR-IN-POSSESSION, The Leed Corporation, by and through its attorney of record, and supplements the Motion for Authority to Incur Secured Credit (Docket No. 345) (the "Motion") as follows:

The purpose of this supplement is to provide additional clarification regarding the anticipated disbursements of the sale proceeds with respect to the Old School Project lots (consisting of 15 partially completed residential properties) under the terms and conditions of the post-petition loans referenced in the Motion. The tables set forth below lay out the detail with regards to Lots 4a and 14j, the anticipated distributions to the post-petition lender, and net benefit to the estate upon approval of the associated settlement agreements.

The tables set forth below are exemplars of the research and detail the Debtor has reviewed and considered in submitting the Motion for approval. The Debtor respectfully

requests approval of the post-petition loans detailed in the Motion, with the caveat that the portion of the loan attributable to the anticipated settlement with the New Hampshire trustee be approved, but not funded, until such time as the settlement is approved by this Court.

    DATED:    July 12, 2011

    /s/ *Robert J. Maynes*_____
    ROBERT J. MAYNES

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 12, 2011, I filed a copy of the attached SUPPLEMENT TO MOTION FOR AUTHORITY TO INCUR SECURED CREDIT (DOCKET NO. 345) with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:
Mary P Kimmel on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

US Trustee
ustp.region18.bs.ecf@usdoj.gov

And as otherwise noted on the Court's Notice of Electronic Filing.

    DATE:  July 12, 2011

    */s/ Robert J. Maynes*_____
    ROBERT J. MAYNES

**Leed Corp., 10-40743 JDP**

| | Lot #, Address, Description | No. Units | Estimated selling price per unit | Estimated Construction Costs | Realtor Commission | Estimated Closing Costs | Debt Payoff | Co-owner Split | Net | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6% | | | | | | 2.5% | 3.0% |
| **Houses Under Construction** | | | | | | | | | | Appraised Value | | |
| 2011 | 4a - 4bdr 2bth | 1 | 100,000 | 32,500 | 6,000 | 2,000 | 39,000 | | **20,500** | | | |
| 2011 | 6j - 4bdr 2 bth | 1 | 100,000 | 20,650 | 6,000 | 2,000 | 39,000 | | **32,350** | | | |
| 2011 | 8j - 4bdr 2 bth | 1 | 100,000 | 28,650 | 6,000 | 2,000 | 39,000 | | **24,350** | | | |
| 2011 | 14j -4bdr 2bth | 1 | 95,000 | 8,500 | 5,700 | 2,000 | 39,000 | | **39,800** | | | |
| | Total 2011 | 4 | 395,000 | 90,300 | 23,700 | 8,000 | 156,000 | 0 | **117,000** | | | |
| 2012 | 2a - 4bdr 2 bth | 1 | 102,500 | 30,825 | 6,150 | 2,000 | 39,000 | | **24,525** | | | |
| 2012 | 1j - 4bdr 2 bth | 1 | 102,500 | 39,340 | 6,150 | 2,000 | 39,000 | | **16,010** | | | |
| 2012 | 5a - 4bdr 2bth | 1 | 102,500 | 45,195 | 6,150 | 2,000 | 39,000 | | **10,155** | | | |
| 2012 | 7a - 4bdr 2bth | 1 | 102,500 | 52,400 | 6,150 | 2,000 | 39,000 | | **2,950** | | | |
| 2012 | 16j - 4bdr 2 bth | 1 | 102,500 | 39,598 | 6,150 | 2,000 | 39,000 | | **15,752** | | | |
| | Total 2012 | 5 | 512,500 | 207,358 | 30,750 | 10,000 | 195,000 | 0 | **69,392** | | | |
| 2013 | 9a - 4bdr 2bth | 1 | 105,000 | 52,800 | 6,300 | 2,000 | 39,000 | | **4,900** | | | |
| 2013 | 12j - 4bdr 2 bth | 1 | 105,000 | 53,900 | 6,300 | 2,000 | 39,000 | | **3,800** | | | |
| 2013 | 24 - Northview subd 4bdr 2bth | 1 | 185,000 | 78,111 | 11,100 | 2,000 | 29,000 | 32,395 | **32,394** | | | |
| 2013 | 13j - 4bdr 2bth | 1 | 105,000 | 53,900 | 6,300 | 2,000 | 39,000 | | **3,800** | | | |
| 2013 | 15 - Sky High Subd 4bdr 2bth | 1 | 180,000 | 78,591 | 10,800 | 2,000 | 29,000 | 29,805 | **29,804** | | | |
| 2013 | 19 - Carmen St 4bdr 2bth | 1 | 149,500 | 61,310 | 8,970 | 2,000 | 29,000 | 24,110 | **24,110** | | | |
| | Total 2013 | 6 | 829,500 | 378,612 | 49,770 | 12,000 | 204,000 | 86,310 | **98,808** | | | |
| | **Total Houses Under Construction** | 15 | 1,737,000 | 676,270 | 104,220 | 30,000 | 555,000 | 86,310 | **285,200** | | | |

Projected Year to Sell

*This chart was included in the Motion as a part of Exhibit 1, at p. 14 and is an excerpt from the Second Amended Disclosure Statement.*

| Property Address: | FMV | Completion FMV | Costs of Completion | Liens |
|---|---|---|---|---|
| lot 4a 505 N. Apple 4bdr 2 bath | $94,478.00 | $100,000.00 | $32,500.00 | $168,335.96 |

| Lien claimants | Basis | Original/Face Amount | Estimated Balance | Recordation Date | Instrument/Lien No. |
|---|---|---|---|---|---|
| Lincoln County | 2009 Property Taxes | $303.80 | 303.80 | | |
| Lincoln County | 2010 Property Taxes | accruing but not yet due | Post-petition amts paid. | | |
| City of Shoshone | Assessments, if any | | | | |
| David & Martha Orr | DOT/PN | $540,000.00 | 32,500.00 | 9/28/2007 | 183817 |
| | | | | 11/6/2007 | 183988 |
| Keith Thomas | DOT/PN | $42,000.00 | 0 (Paid prepetition) | 4/8/2009 | 186476 |
| Richard Krauth (CL&M) | DOT/PN | $180,000.00 | 108,504.31 | 4/8/2009 | 186493 |
| | Assignment of Rents | | | 4/8/2009 | 186494 |
| Timberline Exteriors, LLC | Mechanic's lien | $3,704.95 | 3,704.95 | 11/20/2009 | 187955 |
| Juan Vargas Roofing | Mechanic's lien | $551.00 | 551.00 | 12/16/2009 | 188098 |
| Manuel M. Cardona | Mechanic's lien | $7,144.00 | 7,144.00 | 1/18/2010 | 188337 |
| Volco, Inc. dba Franklin Building Supply | Mechanic's lien | $13,364.00 | 13,364.00 | 1/27/2010 | 188381 |
| State Tax Commission | Business Income Tax | $1,177.55 | 1,177.55 | 4/6/2010 | 457947 |
| Department of Labor | Unpaid Emp Contrib | $1,086.35 | 1,086.35 | 5/4/2010 | 460715 |

**Equity without Settlements (Sold "As Is" at FMV)**     ($73,857.96)

**Sales price is 100,000.00**

**With Settlements:**

| | | |
|---|---|---|
| Equity Trust Company Loan #1 | $16,133.33 | 1/15 of Loan #1 Balance |
| Equity Trust Company Loan #2 | $43,622.21 | Completion Cost plus 33% of Net Profit |
| Orrs | $10,000.00 | |
| Realtor's commission (6%) | $6,000.00 | Net: Profit:  $33,366.67 |
| Estimated Closing Costs | $2,000.00 | (Completion FMV less payment on Loan #1, to Orrs, Completion Costs |
| **Amount to Estate:** | **$22,244.46** | (draws on Loan #2) Realtor and Closing costs). |

Estimated Equity Upon Completion,    $20,500.00    *This is the conservative amount stated in the Motion at p. 4 and Ex. 1, p. 14.  This calculation is premised*
with settlements                                                *on the application of § 551 to the liens obtained from the NH Trustee as a part of the settlement.*

| Property Address: | FMV | Completed FMV | Costs of Completion | Liens |
|---|---|---|---|---|
| Lot 14j 404 N. Birch | $86,500.00 | $95,000.00 | $8,500.00 | $235,315.27 |

| Lien claimants | Basis | Original/Face Amount | Estimated Balance | Recordation Date | Instrument/Lien No. |
|---|---|---|---|---|---|
| Lincoln County | 2009 Property Taxes | $303.80 | $303.80 | | |
| Lincoln County | 2010 Property Taxes | accruing but not yet due | Post-petition amts paid | | |
| City of Shoshone | Assessments, if any | | | | |
| Equity Trust Co., Custodian FBO Raymond P. Kloepper | DOT/PN | $75,000.00 | Collectively between the two: | 4/8/2009 | 186472 |
| | Assignment of Rents | | $152,380.00 | 4/8/2009 | 186473 |
| D&M 2009 Realty Trust | DOT/PN | $105,000.00 | | 4/8/2009 | 186474 |
| | Assignment of Rents | | | 4/8/2009 | 186475 |
| David & Martha Orr | DOT/PN and Subordination | $540,000.00 | $32,500.00 | 4/8/2009 | 186510 |
| Keith Thomas | DOT/PN | $42,000.00 | $0.00 | 4/8/2009 | 188476 |
| Manuel M. Cardona | Mechanic's lien | $7,144.00 | $7,144.00 | 1/18/2010 | 188337 |
| Volco, Inc. dba Franklin Building Supply | Mechanic's lien | $21,659.70 | $21,659.70 | 2/9/2010 | 188431 |
| John Deere Landscapes, Inc. | Mechanic's lien | $19,063.87 | $19,063.87 | 12/15/2009 | 188077 |
| State Tax Commission | Business Income Tax | $1,177.55 | $1,177.55 | 4/6/2010 | 457947 |
| Department of Labor | Unpaid Emp Contrib | $1,086.35 | $1,086.35 | 5/4/2010 | 460715 |

**Equity without Settlements (Sold "As Is" at FMV)**   ($148,815.27)

**Sales price is 95,000.00**

**With Settlements:**

| | | |
|---|---|---|
| Equity Trust Company Loan #1 | $16,133.33 | 1/15 of Loan #1 Balance |
| Equity Trust Company Loan #2 | $17,859.34 | Completion Cost plus 33% of Net Profit |
| Orrs | $10,000.00 | |
| Realtor's commission (6%) | $5,700.00 | Net: Profit:  $52,666.67 |
| Estimated Closing Costs | $2,000.00 | (Completion FMV less payment on Loan #1, to Orrs, Completion Costs (draws on Loan #2) Realtor and Closing costs). |
| **Amount to Estate:** | **$43,307.33** | |

Estimated Equity Upon Completion, with settlements     $39,800.00     *This is the conservative amount stated in the Motion at p. 4 and Ex. 1, p. 14.  This calculation is premised on the application of § 551 to the liens obtained from the NH Trustee as a part of the settlement.*

SUPPLEMENT TO MOTION FOR AUTHORITY TO INCUR SECURED CREDIT
Page 6