# BANKRUPTCY COURT
## Exhibit List

| CASE NAME | | | | | | COURT DATE | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|
| 10-40743 | | | | | | October 26, 2011 | 10-40743 |

| DEBTOR'S COUNSEL | CREDITOR'S COUNSEL |
|---|---|
| Robert J. Maynes | Craig R. Jorgensen<br>Craig W. Christensen<br>Monte Gray<br>Mitch Campbell (Pro Se)<br>Jesse A.P. Baker, Ace C. Van Patten<br>John S. Ritchie |

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Hon. Jim D. Pappas | Nicole Lynch | Dana Hoyle |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| 100 | | | | | S 10-26-11 | Debtor's Plan of Reorganization |
| 101 | | | | | | Economic Market Study of Lincoln County, Idaho and Surrounding |
| 102 | | | | | | April 2011 Lincoln County Work Force Trends |
| 103 | | | | | S | 2006, 2007, 2008, 2009 Income Statements |
| 104 | | | | | | Profit and Loss Statement for April 29, 2010 - September 30, 2011 |
| 105 | | | | | | Profit and Loss Statement for July 2010 |
| 106 | | | | | | Profit and Loss Statement for August 2010 |
| 107 | | | | | | Profit and Loss Statement for September 2010 |
| 108 | | | | | | Profit and Loss Statement for October 2010 |
| 109 | | | | | 10-26-11 | Profit and Loss Statement for November 2010 |
| 110 | | | | | | Profit and Loss Statement for December 2010 |
| 111 | | | | | | Profit and Loss Statement for January 2011 |
| 112 | | | | | | Profit and Loss Statement for February 2011 |
| 113 | | | | | | Profit and Loss Statement for March 2011 |
| 114 | | | | | | Profit and Loss Statement for April 2011 |
| 115 | | | | | | Profit and Loss Statement for May 2011 |
| 116 | | | | | | Profit and Loss Statement for June 2011 |
| 117 | | | | | | Profit and Loss Statement for July 2011 |
| 118 | | | | | | Profit and Loss Statement for August 2011 |
| 119 | | | | | | Profit and Loss Statement for September 2011 |

# BANKRUPTCY COURT
## Exhibit List

| CASE NAME | COURT DATE | DOCKET NUMBER |
|---|---|---|
| Leed Corporation | October 26, 2011 | 10-40743 |

| DEBTOR'S COUNSEL | CREDITOR'S COUNSEL |
|---|---|
| Robert J. Maynes | Craig R. Jorgensen<br>Craig W. Christensen<br>Monte Gray<br>Mitch Campbell (Pro Se)<br>Jessee A.P. Baker, Ace C. Van Patten<br>John S. Ritchie |

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Hon. Jim D. Pappas | | |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| 120 | | | | | | Income Projections Under Plan |
| 121 | | | | | | Rent Projections Under Plan |
| 122 | | | | | S 10-26-11 | HUD-1 for 404 N. Birch |
| 123 | | | | | | Purchase and Sale Agreement for 505 N. Apple |
| 124 | | | | | | Purchase and Sale Agreement for 210 W. 4th |
| 125 | | | | | | Real Property Liquidation Analysis |
| 126 | | | | | S 10-26-11 | Machinery/Equipment Liquidation Analysis |
| 127 | | | | | S 10-26-11 | Notes and Accounts Receivable |
| 128 | | | | | | Employment Agreement with Robert Meyers |
| 129 | | | | | S 10-26-11 | Assignment of Rents with Robert Meyers |
| 130 | | | | | S 10-26-11 | Loan and Lease Option Interest Modification Agreement |
| 131 | | | | | | Construction Escrow - Lot 2 Blk 2, Greencut Subdivision |
| 132 | | | | | | Check #3732 -- Lot 2 Block 2, Greencut Subdivision |
| 133 | | | | | | Construction Escrow - Lot 3 Block 1, Green Cut Subdivision |
| 134 | | | | | | Check #5096 - Lot 3 Block 1, Green Cut Subdivision |
| 135 | | | | | | Construction Escrow - No. CE07-054 |
| 136 | | | | | | Check (No Number) - Construction Loan No. CE07-054 |
| 137 | | | | | | Check No. 1020 - Alternative Funding Trust Account |
| 138 | | | | | | American Escrow LLC Bank Statement for November 30, 2007 |
| 139 | | | | | | Balance Sheet for September 2011 |

# BANKRUPTCY COURT
## Exhibit List

| CASE NAME | Leed Corporation | | | | | COURT DATE October 26, 2011 | DOCKET NUMBER 10-40743 |
|---|---|---|---|---|---|---|---|
| **DEBTOR'S COUNSEL** Robert J. Maynes | | | | | | **CREDITOR'S COUNSEL** Craig R. Jorgensen / Craig W. Christensen / Monte Gray / Mitch Campbell (Pro Se) / Jessee A.P. Baker, Ace C. Van Patten / John S. Ritchie | |
| **PRESIDING JUDGE** Hon. Jim D. Pappas | | | | | | **COURT REPORTER** | **COURTROOM DEPUTY** |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| 140 | | | | | | Deposition of Mitch Campbell |
| 141 | | | | | | Purchase and Sale Agreement 413 N. Apple |
| 142 | | | | | | Revised Real Property Projections |

BANKRUPTCY COURT
Exhibit List

| CASE NAME | COURT DATE | DOCKET NUMBER |
|---|---|---|
| The Leed Corporation | 10/26/11 | 10-40743-JDP |

| DEBTOR'S COUNSEL | CREDITOR'S COUNSEL |
|---|---|
| Robert J. Maynes<br>PO Box 3005<br>Idaho Falls, ID 83403 | John S. Ritchie<br>Coleman, Ritchie & Robertson<br>PO Box 525<br>Twin Falls, ID 83303-0525 |

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Jim Pappas | | |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| | 200 | | | | | Claim 66 - Fourplex |
| | 201 | | | | | Claim 67 - 63 Lots / Desert Rose |
| | 202 | | | | | Claim 69 - 305 & 307 E. 6th |
| | 203 | | | | | Claim 70 - 112 E. Syringa |
| | 204 | | | | | Claim 71 - 152 E. Syringa |
| | 205 | | | | | Claim 72 - 182 E. Syringa |
| | 206 | | | | | Claim 73 - 191 E. Syringa |
| | 207 | | | | | Claim 74 - Beverly Street Lot |
| | 208 | | | | | Claim 75 - 205 E. 6th |
| | 209 | | | | | Claim 76 - 207 E. 6th |
| | 210 | | | | | Claim 77 - 525 N. Fir |
| | 211 | | | | | Claim 78 - 527 N. Fir |
| | 212 | | | | | Claim 79 - 531 N. Fir |
| | 213 | | | | | Claim 80 - Lot 10, Block 2, Riverview |
| | 214 | | | | | Claim 81 - 318 N. Date |
| | 215 | | | | | Claim 82 - 301 E. 6th |
| | 216 | | | | | Claim 83 - 303 E. 6th |
| | 217 | | | | | Claim 84 - 605 W. 14th, Gooding |
| | 218 | | | | | Claim 85 - 201 & 203 E. 6th |
| | 219 | | | | | Option to Purchase Real Property |

# BANKRUPTCY COURT
## Exhibit List

| CASE NAME The Leed Corporation | | | | | | COURT DATE 10/26/2011 | DOCKET NUMBER 10-40743-JDP |
|---|---|---|---|---|---|---|---|
| **DEBTOR'S COUNSEL** Robert J. Maynes, PO Box 3005, Idaho Falls, ID 83403 | | | | | | **CREDITOR'S COUNSEL** John S. Ritchie, Coleman, Ritchie & Robertson, PO Box 525, Twin Falls, ID 83303-0525 | |
| PRESIDING JUDGE Jim Pappas | | | | | | COURT REPORTER | COURTROOM DEPUTY |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| | 220 | | | | | Lease of Real Property with Option to Purchase |
| | 221 | | | | S 10-26-11 | Loan and Lease Option Interest Modification Agreement |
| | 222 | | | | S 10-26-11 | Assignment of Rents, Profits and Lease or Purchase and Sale Agre |
| | 223 | | | | | Terry Hartman Appraisal - 112 E. Syringa |
| | 224 | | | | | Terry Hartman Appraisal - 152 E. Syringa |
| | 225 | | | | | Terry Hartman Appraisal - 182 E. Syringa |
| | 226 | | | | | Terry Hartman Appraisal - 191 E. Syringa |
| | 227 | | | | | Terry Hartman Appraisal - 205 E. 6th |
| | 228 | | | | | Appraisal Summary (Jensen) |
| | 229 | | | | | Newspaper Article 8/30/11 |
| | 230 | | | | S 10-26-11 | Landaker Webpage |
| | 231 | | | | | MLS - Residential Sales |
| | 232 | | | | | MLS - Residential Listings |
| | 233 | | | | | MLS - Land Sales |
| | 234 | | | | | MLS - Land Listings |
| | 235 | | | | | S 10-26-11 | Docket No. 466 - Litigation Reserve Account |
| | 236 | | | | | Raymond T. Ware Compilations & Worksheets (6 pages) |
| | 237 | | | | S 10-26-11 | Monthly Rental Reports |
| | 238 | | | | | Summary of Rents Received |